IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,

    Plaintiff,

v.

WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, F/K/A WORLD SAVINGS BANK ("WELLS FARGO"), AND DOES 1 THROUGH 50, INCLUSIVE,

    Defendants.
    /

No. C 10-01645 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff's counsel, Gary Lane, is **ORDERED TO SHOW CAUSE** as to why this case should not be dismissed for failure to prosecute and/or why he should not be sanctioned for failure to appear at the hearing of the motion to dismiss, which was scheduled for July 15, 2010, at 2:30 pm. When the case was first called, plaintiff's counsel did not appear. The Court postponed the hearing. Plaintiff's counsel still did not appear when the case was called again, and the Court proceeded to hear argument.

    If plaintiff's counsel fails to file a written response to this order to show cause by **NOON ON AUGUST 2, 2010**, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: July 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE