IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,

    Plaintiff,

  v.

WACHOVIA MORTGAGE CORPORATION as Successor in Interest to WORLD SAVINGS BANK, FSB, and DOES 1 through 50, inclusive,

    Defendants.
                                /

No. C 10-01645 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **AUGUST 12, 2010, AT 11:00 A.M.** Please file a joint statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 21, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE