IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,

    Plaintiff,

v.

WACHOVIA MORTGAGE CORPORATION as Successor in Interest to WORLD SAVINGS BANK, FSB, and DOES 1 through 50, inclusive,

    Defendants.
                           /

No. C 10-01645 WHA

**ORDER DISMISSING CASE**

On April 5, 2010, defendant Wachovia Mortgage Corporation moved to dismiss this case (Dkt. No. 5). The motion was granted on July 19 and all of plaintiff's claims were dismissed (Dkt. No. 25). Plaintiff, however, was allowed fourteen calendar days to seek leave to amend his complaint. It has now been fifteen days since the July 19 order was filed, and no motion has been brought to revive any of the dismissed claims. As such, this case is **DISMISSED WITH PREJUDICE**. **THE CLERK SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 3, 2010.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE