IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,

    Plaintiff,

  v.

WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, F/K/A WORLD SAVINGS BANK ("WELLS FARGO"), AND DOES 1 THROUGH 50, INCLUSIVE,

    Defendants.
                              /

No. C 10-01645 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On August 17, 2010, defendant Wachovia Mortgage, a division of Wells Fargo Bank, moved for an award of attorney's fees and noticed a hearing for September 16 (Dkt. No. 34). Under the 35-day briefing calendar, an opposition brief was due on August 26. Plaintiff, who is represented by counsel, did not file an opposition brief. Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **NOON ON SEPTEMBER 2** why defendant's motion for an award of attorney's fees should not be granted. The hearing on the motion is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE